| AO 10 Rev. 1/2014 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2013** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gorman, Mary P. | Central District of Illinois | 09/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief United States Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final | 01/01/2013<br>to<br>12/31/2013 |
| | 5b. ☑ Amended Report | |

**7. Chambers or Office Address**

600 East Monroe Street #234
Springfield, Illinois
62701

> ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | ▓▓▓ Trust #1. ▓▓▓ ▓▓▓ ▓▓▓ |
| 2. | Trustee | ▓▓▓ Trust #2. ▓▓▓ |
| 3. | Board member and treasurer | ▓▓▓. Non-profit corporation. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✔] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 09/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.      Trust #1 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 2.      Trust #1 - Whole life policy with Gen. Amer. Life | C | Int./Div. | K | T | | | | | |
| 3.      Trust #2 - Checking account at JPMorgan Chase | | None | J | T | | | | | |
| 4.      Trust #2 - Whole life. policy with Gen Amer. Life | | None | N | T | | | | | |
| 5. Whole life ins. Policy with Northwestern Mutual Life Ins. | | None | K | T | | | | | |
| 6. Advisors Inner Circle Cambiar Oppty Fd. (CAMWX) (X) | A | Dividend | J | T | | | | | |
| 7. Advisors Inner Circle Fd. (AEMGX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 8. AIM Global Real Estate Fd. Cl Y (ARGYX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 9. Alger Small Midcap Growth A (ALMAX) | A | Dividend | | | Sold | 06/13/13 | J | B | |
| 10. American Funds Inc New CL F-1 (NWFFX) | A | Dividend | J | T | | | | | |
| 11. Artio Glob Invt Fd Intl Eq (JETIX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 12. Artisan Partners Fds Small Cap Fd. (ARTSX) | A | Dividend | J | T | | | | | |
| 13. Blackrock Energy Res Ptf Inst (SGLSX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 14. Columbia Recov & Infrastr Inst (CRIZX) | A | Dividend | | | Sold | 06/13/13 | J | B | |
| 15. Del. Grp Adviser FDS Inc US Growth Fd. (DEUIX) | A | Dividend | K | T | | | | | |
| 16. Delaware Group Equity FDS II Vallue Fd. (DDVIX) | A | Dividend | J | T | | | | | |
| 17. Dreyfus Appreciation Fund (DGAGX) | B | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. DWS Dreman Intl.Value Fd. A (DNVAX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 19. DWS Dreman Small Cap Value Fd. (KDSSX) | A | Dividend | | | Sold | 09/03/13 | J | D | |
| 20. DWS Rreef Glb Infrastrc S (TOLSX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 21. Eagle Small Cap Growth Fd. (HRSCX) | A | Dividend | J | T | | | | | |
| 22. First Eagle Funds Sogen Overseas Fd. (SGOVX) | A | Dividend | J | T | | | | | |
| 23. Goldman Sachs Tr. Finl. Square Mmkt. Fund (FSMXX) | A | Dividend | | | Sold | 06/13/13 | J | B | |
| 24. Harbor Cap. Apprec Fd. (HACAX) | A | Dividend | J | T | | | | | |
| 25. Harbor International Fund (HAINX) | A | Dividend | K | T | | | | | |
| 26. Henderson Global Technology A (HFGAX) | A | Dividend | | | Sold | 06/13/13 | J | C | |
| 27. Hotchkis & Wiley Mid Cap Value Fund (HWMIX) | A | Dividend | J | T | | | | | |
| 28. Invesco Global Real Estate Fd. (ARGYX) (X) | A | Dividend | J | T | | | | | |
| 29. IShares S&P Growth Index (IVW) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 30. IShares S&P 500 Value Index (IVE) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 31. Ivy Asset Strategy A (WASAX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 32. John Hancock Classic Value Fund (JCVIX) | A | Dividend | J | T | | | | | |
| 33. JP Morgan/Chase - Checking account | | None | L | T | | | | | |
| 34. JP Morgan/Chase - Money market account | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Keely Funds Small Cap Value Fd. (KSCIX) | A | Dividend | J | T | | | | | |
| 36. Lazard Fds Emerging Mkts. (LZEMX) | A | Dividend | J | T | Buy | 02/21/13 | J | | |
| 37. Lord Abbett High Yield Muni Bond Fd (HYMAX) | A | Dividend | | | Sold | 06/13/13 | K | B | |
| 38. MFS Equity Opportunities A (SRFAX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 39. MFS Intl New Discovery A (MIDAX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 40. Mgrs. Fd. Mid Cap Growth (TMDPX) | A | Dividend | J | T | | | | | |
| 41. Morgan Stanley Bank Money Market Fund | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 42. Morgan Stanley Instl. Fund Mid Cap (MPEGX) | A | Dividend | J | T | | | | | |
| 43. Nuveen Municipal Market Opportunity Fund, Inc. | B | Dividend | | | Sold | 06/13/13 | K | | |
| 44. Oppenheimer Dev. Mkts. Fd. (ODVYX) (X) | A | Dividend | J | T | | | | | |
| 45. Oppenheimer Intl. Growth Fd. (OIGYX) | A | Dividend | J | T | | | | | |
| 46. Park Ave Emerging Markets Fund (GBEMX), f/k/a RS Invst. Fund | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 47. Pimco Commod. Real Return Strat Fd (PCRIX) | A | Dividend | J | T | | | | | |
| 48. Pioneer Fd. CK-Y (PYODX) | A | Dividend | J | T | | | | | |
| 49. Pioneer Oak Ridge Sm. Cap. Growth Fd. (ORIYX) (X) | A | Dividend | J | T | | | | | |
| 50. Principal Real Estate Sec A (PRRAX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 51. Royce Low-Priced Stock Svc (RYLPX) | B | Dividend | | | Sold | 06/13/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RS Invt Tr Emerging Mkts Fd. (RSENX) | A | Dividend | | | Sold | 02/20/13 | K | B | |
| 53. Russell Invt. Co. Global Equity Fd. (RGESX) | A | Dividend | K | T | Buy | 06/26/13 | K | | |
| 54. Russell Invt. Co. Global Infrastructure Fd. (RGISX) | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 55. Russell Invt. Co. Commodity Strat. Fd. (RCCSX) | A | Dividend | K | T | Buy | 06/26/13 | K | | |
| 56. Russell Invt. Co. Global Opp. Fd. (RGCSX) | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 57. Russell Invt. Co. Emerging Mkts. Fd. (REMSX) | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 58. Russell Invt. Co. Global Real Estate Fd. (RRESX) | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 59. Russell Invt. Co. Intl. Develpd Mkts Fd. (RINTX) | B | Dividend | L | T | Buy | 06/26/13 | L | | |
| 60. Russell Invt. Co. Multi- Strategy Fd. (RMSSX) | A | Dividend | J | T | Buy | 06/26/13 | J | | |
| 61. Russell Invt. Co. Strategic Bond Fd. (RFCTX) | A | Dividend | K | T | Buy | 06/26/13 | K | | |
| 62. Russell Invt. Co. US Small Cap Equity Fd. (RLESX) | A | Dividend | K | T | Buy | 06/26/13 | K | | |
| 63. Russell Invt. Co. US Strat. Eq. Fd. (RSESX) | A | Dividend | L | T | Buy | 06/26/13 | L | | |
| 64. Security Equity Mid Cap Value Fund (SEVAX) | B | Dividend | J | T | | | | | |
| 65. Sentinal Mutual Funds Small Co. (SIGWX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 66. TCW Fds Inc. Small Cap Growth Fd. (TGSCX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 67. Touchstone Large Cap Growth Fund (TIQIX) | A | Dividend | K | T | | | | | |
| 68. Victory Portfolios Small Co Oppty Fd. (VSOIX) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 09/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 09/04/13 | J | | |
| 70. Wells Fargo Emerging Growth Fd. (WEMIX) | A | Dividend | K | T | | | | | |
| 71. Wells Fargo Emerg Mkts Eq. Fd. A (EMGAX) | A | Dividend | | | Sold | 06/13/13 | J | A | |
| 72. William Blair Funds Intl. Growth Fd. (BIGIX) | A | Dividend | J | T | | | | | |
| 73. DWS Enhanced Commodity Strat A (SKSRX) (Y) | | | | | | | | | |
| 74. Lord Abbett Short Duration Inc A (LDLFX) (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gorman, Mary P. | 09/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

At Part VII, line 73, the asset was sold on 02/17/12, and the sale was inadvertently omitted from my 2012 Financial Disclosure Report. The asset was sold for less than $15,000 (Reporting Code J) and the sale was at a loss. The sale generated no reportable income during the time in 2012 during which it was held.

At Part VII, line 74, part of the asset was sold on 01/12/12, and the sale was inadvertently omitted from my 2012 Financial Disclosure Report. The asset was sold for less than $15,000 (Reporting Code J) and the sale was at a loss. The sale generated no reportable income during the time in 2012 during which it was held.

At Part VII, line 74, the remainder of the asset was sold on 12/31/12, and the sale was inadvertently omitted from my 2012 Financial Disclosure Report. The asset was sold for less than $15,000 (Reporting Code J) and the sale was at a loss. The sale generated no reportable income during the time in 2012 during which it was held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Mary P. Gorman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544